```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 48825
    DAVID M WESOLOWSKI
    MARYL F WESOLOWSKI                          CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
        Debtor
    SSN XXX-XX-1062     SSN XXX-XX-7498

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/11/05 and confirmed on 01/13/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  31860.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID        PAID
------------------------------------------------------------------------------
GMAC RESCAP LLC            CURRENT MORTG        .00          .00          .00
FIRST AMERICAN BANK        SECURED              .00          .00          .00
BECKET & LEE LLP           UNSECURED        4946.34          .00       1002.29
ANNE & FRANK WESOLOWSKI    UNSECURED       50258.00          .00      10183.88
ECAST SETTLEMENT CORPORA   UNSECURED       17905.87          .00       3628.30
ECAST SETTLEMENT CORPORA   UNSECURED        3289.16          .00        666.49
CITIBANK NA                UNSECURED       NOT FILED         .00          .00
EVERYTHING PUBLICATION     UNSECURED       NOT FILED         .00          .00
MINUTEMAN PRESS            UNSECURED       NOT FILED         .00          .00
ECAST SETTLEMENT CORPORA   UNSECURED       11043.71          .00       2237.81
NORDSTROM FSB              UNSECURED        1306.72          .00        264.78
RH DONNELLEY               UNSECURED       NOT FILED         .00          .00
WHEATLAND MARKETPLACE LL   UNSECURED       38879.43          .00       7878.22
NISSAN MOTOR ACCEPTANCE    SECURED              .00          .00          .00
ECAST SETTLEMENT CORPORA   UNSECURED       22557.00          .00       4570.77
        Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00     150186.23         .00     150186.23
PRINCIPAL PAID        .00         .00      30432.54         .00      30432.54
INTEREST PAID         .00         .00           .00         .00           .00
TOTAL PAID            .00         .00      30432.54         .00      30432.54
```

The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $  2200.00
and was paid $  2200.00  direct and $      .00  through the plan.

The Trustee received $  1427.46 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/16/09                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 05 B 48825 DAVID M WESOLOWSKI & MARYL F WESOLOWSKI